ACCEPTED
03-15-00521-CV
7552384
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/27/2015 10:16:37 AM
JEFFREY D. KYLE
CLERK

**No. 03-15-00521-CV**

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/27/2015 10:16:37 AM
JEFFREY D. KYLE
Clerk

**Roger Fay,**
*Appellant-Plaintiff,*

v.

**Texas A&M University, Geochemical and Environmental Research Group; The College of Geosciences and Maritime Studies; Dr. Ray Bowe; Dr. Robert Due; Dr. Norman Guinasso; Dr. Roger Sassen; and Dr. David Schink**
*Appellees-Defendants.*

On Appeal from the 200TH Judicial District Court
of Travis County, Texas
Honorable Amy Clark Meachum, Presiding

---

### DEFENDANTS' NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

---

Pursuant to Texas Rule of Appellate Procedure 6.1(c), Defendants file this Notice of Appearance and Designation of Lead Counsel. In support thereof, Defendants respectfully show the Court the following:

---

**I.**

LAURA A. BARBOUR, Assistant Attorney General, has been assigned to represent Defendants as lead counsel for this matter. Ms. Barbour is a member in good standing of the State Bar of Texas.

**II.**

WILLIAM T. DEANE, Assistant Attorney General, will continue to represent Defendants and will appear as co-counsel along with Ms. Barbour.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court permit Laura A. Barbour to appear as lead counsel for Defendant in the above-styled and numbered cause of action and that she be served with all future correspondence and pleadings.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division


*/s/ Laura A. Barbour*
LAURA A. BARBOUR
Attorney-in-Charge
Texas Bar No. 24069336
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-0447
FAX:  (512) 320-0667
laura.barbour@texasattorneygeneral.gov

*/s/ William T. Deane*
WILLIAM T. DEANE
Texas Bar No. 05692500
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1534
FAX:  (512) 320-0667
bill.deane@texasattorneygeneral.gov

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served electronically through the electronic filing manager in accordance with Tex. R. App. P. 9.5(b)(1) on the 27th day of October, 2015, to:

Mr. C. Bryan Cantrell
Cantrell, Ray & Barcus, L.L.P.
P. O. Box 1019
Huntsville, Texas 77342

*Counsel for Appellant-Plaintiff Roger Fay*

> */s/ Laura A. Barbour*
> LAURA A. BARBOUR
> Assistant Attorney General